**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie J. May, a married woman, | No. CV-07-513-PCT-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Bullhead City Elementary District No. 15, et al., | |
| Defendants. | |

Plaintiff has filed a motion for leave to file an amended complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. Dkt. #30. Defendants have no objection. Dkt. #31.

Rule 15(a) declares that leave to amend a complaint "shall be freely given when justice so requires." The Supreme Court has instructed that "this mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). Consistent with Rule 15's liberal amendment policy, the Court will grant Plaintiff's motion.

**IT IS ORDERED:**

1. Plaintiff's motion for leave to file amended complaint (Dkt. #30) is **granted**.
2. The First Amended Complaint filed on September 7, 2007 (Dkt. #29) is the operative complaint in this matter.

DATED this 25th day of September, 2007.

David G. Campbell
United States District Judge